NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LANCE MCDERMOTT,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

**UNITED STATES POSTAL SERVICE,**
*Intervenor*

---

2025-1574

---

Petition for review of the Merit Systems Protection Board in No. SF-0353-21-0159-I-1.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

In October 2024, this court transferred Lance McDermott's mixed case to federal district court because this court lacks jurisdiction over such cases. *See* Appeal No. 2024-1981, ECF No. 13. The district court has since dismissed, and Mr. McDermott has an appeal pending before

the United States Court of Appeals for the Ninth Circuit.  Mr. McDermott has now filed a second, duplicative appeal with this court.  Because we lack jurisdiction and see no reason to transfer, we grant the Merit Systems Protection Board's motion to dismiss.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted.  This matter is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 12, 2025
Date